[No. 43692-2-II. Division Two. January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SYLVIO ALBERT BRAVETTI, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01553-3, Chris Wickham, J., entered July 17, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43723-6-II. Division Two. January 28, 2014.]

JEFF BOWLBY ET AL., *Respondents*, v. SCOTT F. WILLIAMS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-10685-9, John R. Hickman, J., entered June 22, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Penoyar, JJ.

[No. 43736-8-II. Division Two. January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE WILLIAM EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00934-3, John A. McCarthy, J., entered June 26, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 43782-1-II. Division Two. January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD JAMES WIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00197-1, Frederick W. Fleming, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Bjorgen, J.